MARK K. SCHONFELD (MS-2798)
REGIONAL DIRECTOR
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – RM 4300
New York, NY 10281
(212) 336-0189 (Zaleskas)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :
                        Plaintiff,      :
                                        :
            - against -                 :
                                        :   07 Civ. 4010 (KMK)
THE BISYS GROUP, INC.                   :
                                        :
                        Defendant       :
                                        :
-------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered her appearance as counsel in this case for plaintiff Securities and Exchange Commission. She is admitted to practice in this Court.

    Kristine M. Zaleskas  (KZ-1230)
    U.S. Securities and Exchange Commission
    3 World Financial Center
    New York, New York 10281
    Ph: 212.336.0189
    Fx: 212.336.0148

Dated: June 22, 2007
      New York, New York

                                        */s/ Kristine M. Zaleskas*
                                        Kristine M. Zaleskas (KZ-1230)
                                        Attorney for Plaintiff
                                        Securities and Exchange Commission
                                        3 World Financial Center
                                        New York, New York 10281
                                        Ph: 212.336.0189
                                        Fx: 212.336.0148
                                        Email: zaleskask@sec.gov