UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
╔══════════════════════════╗
║ USDC SDNY                ║
║ DOCUMENT                 ║
║ ELECTRONICALLY FILED     ║
║ DOC #: _____ ║
║ DATE FILED: _____ ║
╚══════════════════════════╝
```

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

THE BISYS GROUP, INC.,

    Defendant.

07 Civ. 4010 (RJS)

## ▓▓▓▓▓▓ ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

    1. The Clerk of the Court shall issue a check on Court Registry Fund Number 604700, Account 07 CV 4010 (RJS), under the case name designation "SEC v. The BISYS Group, Inc." for the amount of $390.49 payable to Damasco & Associates, for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. The BISYS Group, Inc., 07 CV 4010 (RJS)", the employer identification number (26-1386074), and payment identification (*e.g.*, "Tax Year 2007 Late Payment Penalties and Interest").

    2. The Clerk shall send the check by overnight mail to:

        Damasco & Associates
        700 Monte Vista Way
        Half Moon Bay, CA 94019
        (650) 726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 8/27/08

_____
UNITED STATES DISTRICT JUDGE